Decided September 4, 2003

## MARIO VARGAS *v.* COMMISSIONER OF CORRECTION

The petitioner Mario Vargas' petition for certification for appeal from the Appellate Court, 77 Conn. App. 904 (AC 23519), is denied.

*James M. Fox*, special public defender, in support of the petition.

Decided September 4, 2003